this evidence and it was before the jury for their consideration. The jeweler who testified as to the value of the watch had not examined it but his testimony was to the effect that a watch of the make described would have a secondhand value on the market of $25.00. He made no mention of the wrist band. On cross-examination he stated among other things, that if it was in good condition it was worth more than $5.00. The injured party testified that "the watch kept very good time." Considering the original cost of the watch, the statement of the injured party that it kept very good time, and the testimony of the expert, it seems to be positively proven it had a value of more than $5.00. This is not controverted by any evidence whatsoever and we see no occasion for the court submitting to the jury a charge on the theft of property under the value of $5.00.

The original opinion discusses very clearly other questions raised in the case which need not be further considered. Appellant's motion for rehearing is overruled.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is the unlawful possession of whisky in a container to which no tax stamp was affixed; the punishment, a fine of $300.

The record before us contains neither a statement of facts nor bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.